# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In re )<br>)<br>SABER ZAMZAMI and )<br>AHLAM ALHABABI, )<br>  Debtor(s) )<br>)<br>) | Chapter 13<br><br>Case No. 20-42910-mlo<br><br>BANKRUPTCY JUDGE<br>MARIA L OXHOLM |

## REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
## FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (JCP credit card [Last four digit of account:8302]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Synchrony Bank
    c/o PRA Receivables Management, LLC
    PO Box 41021
    Norfolk, VA 23541
    Telephone: (877)885-5919
    Facsimile: (757) 351-3257
    E-mail: claims@recoverycorp.com

Dated: Norfolk, Virginia
March 1, 2020

                                                                                                     By: /s/ Valerie Smith

                                                                                                     Valerie Smith
                                                                                                     c/o PRA Receivables Management, LLC
                                                                                                     Senior Manager
                                                                                                     PO Box 41021
                                                                                                     Norfolk, VA 23541
                                                                                                     (877)885-5919

Assignee Creditor: JCP credit card [Last four digit of account:8302]