# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

*In re:*

| | |
|---|---|
| Saber Zamzami and Ahlam AlHababi | **Chapter:** 13 |
| | **Case Number:** 20-42910 |
| Debtor(s). | **Judge:** Maria L Oxholm |
| _____/ | |

## ORDER FOR WITHDRAWAL OF DEBTORS' OBJECTION TO MIDLAND CREDIT MANAGEMENT'S PROOF OF CLAIM (PACER NO. 18-1)

This matter having come before this Honorable Court upon the Debtors' filing an objection to claim, the Creditor having filed an amendment, the matter thereafter being resolved upon stipulation of the parties, and the Court being fully advised on the premises;

**IT IS HEREBY ORDERED** that Debtors' Objection to Midland Credit Management, Inc.'s Proof of Claim (Pacer No. 18-1), filed on October 16, 2020, is withdrawn.

**Signed on November 25, 2020**

/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**